**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERNON MILLER,** | : | |
|      Petitioner, | : | |
| | : | |
|                 v. | : | Case No. 2:20-cv-03601-JDW |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
|      Respondents. | : | |

## ORDER

**AND NOW** this 3rd day of August, 2020, in consideration of the pleading sent to this Court by Vernon Miller that has been docketed as a Petition for *Writ of Habeas Corpus* (ECF No. 1), it is **ORDERED** that:

1.  The Petition is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum;

2.  The Clerk of Court shall send Mr. Miller (a) a copy of the pleading he has filed (ECF No. 1) and (b) blank copies of this Court's current standard forms for filing a petition pursuant to 28 U.S.C. § 2254 and to proceed *in forma pauperis*, bearing the above-captioned civil action number; and

3.  Mr. Miller should review the instructions included with the standard form for a petition pursuant to 28 U.S.C. § 2254.

It is **FURTHER ORDERED** that ff Mr. Miller intends to pursue this matter pursuant to 28 U.S.C. § 2254, he must complete this Court's current standard form, sign the completed petition, and return it to the Clerk of Court with either the $5 filing fee or a completed application to proceed *in forma pauperis*.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**
